

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00686-CR

**IN RE** Chris **SLACK**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Patricia O. Alvarez, Justice

On September 24, 2018, Relator Chris Slack filed a petition for writ of mandamus. After considering the petition, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 31, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CR-0227, styled *State of Texas v. Chris Slack*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin O'Connell presiding.